IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JULIO MORALES RIVERA,

      Appellant,

 v.

Case No.  5D21-2025
LT Case No. 2014-CF-1529

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 8, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Julio Morales Rivera, Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


SASSO, TRAVER and WOZNIAK, JJ., concur.